```
FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 FEB 18  AM 11: 32

DISTRICT OF UTAH
MAIL
```

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ERIN HERBERT MILLIGAN, | Bankruptcy No. 07-21002 |
|  | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

  ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

  ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | EPN Inc.<br>For Intermountain Farmers Assoc.<br>746 East 1910 South Ste 3,4<br>Provo, UT 84606 | $4.93 |

2

| | |
|---|---:|
| EPN<br>746 East 1910 South Ste 3, 4<br>Provo, UT 84606 | $4.80 |
| eCast Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $1.92 |
| Verizon Wireless West<br>AFNI/Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | $0.65 |

A check in the amount of $12.30 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: February 2, 2010

DAVID L. MILLER
Chapter 7 Trustee